IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBY and JERMIAH EVANS : | |
| : | CIVIL ACTION NO. 02-CV-4316 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____    _____
Hope S. Freiwald                                                Aline Fairweather


_____    _____
Erin Brennan                                                        Kirstin J. Miller


                                                          DECHERT PRICE & RHOADS
                                                        4000 Bell Atlantic Tower
                                                        1717 Arch Street
                                                        Philadelphia, PA  19103-2793
                                                        (215) 994-4000